IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JARELL DAVIS TERRY**                                                                 **PETITIONER**

v.                             NO. 4:22-cv-00941-JM

**DEXTER PAYNE**                                                                       **RESPONDENT**

<u>JUDGMENT</u>

Pursuant to the Order entered this day, judgment is entered for respondent Dexter Payne.

IT IS SO ORDERED this 3rd day of February, 2023.

_____
UNITED STATES DISTRICT JUDGE