IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JARELL DAVIS TERRY**                                                           **PETITIONER**

v.                          NO. 4:22-cv-00941-JM

**DEXTER PAYNE**                                                                  **RESPONDENT**

ORDER

The Court previously dismissed Petitioner's 28 U.S.C. § 2254 petition for writ of habeas corpus on the ground that it was a successive petition that required him to first obtain authorization from the Eighth Circuit Court of Appeals before filing. The Court also denied a certificate of appealability. Petitioner appealed, and the Eighth Circuit denied his application for a certificate of appealability. Now Petitioner has filed a petition for writ of mandamus asking this Court to require the Circuit Court of Lee County to respond to the writ of habeas corpus he filed in state court.

This case has been fully adjudicated and is closed. Petitioner is not entitled to seek new relief in this case in the form of a writ of mandamus, and his motion (Doc. No. 27) is DENIED as moot. Furthermore, Petitioner is advised that this Court would not have jurisdiction to consider his petition if it were refiled as a new case. *See McAfee v. Missouri*, No. 1:22-CV-00161-SRW, 2023 WL 2162110 (E.D. Mo. Feb. 22, 2023), *aff'd,* No. 23-1583, 2023 WL 6237131 (8th Cir. May 26, 2023).

IT IS SO ORDERED this 21st day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE